IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **REGINALD LAMAR KOCHER,** | : | |
| | : | |
| Petitioner, | : | |
| | : | 5:03-CR-50 (DF) |
| vs. | : | |
| | : | 5:05-CV-199 (DF) |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| Respondent. | : | |

### O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge G. Mallon Faircloth entered in this case on October 17, 2005 (doc. 54). The Court has reviewed and carefully considered Petitioner Kocher's objections to the Magistrate Judge's Recommendation (docs. 55 & 56), but concludes that these objections do not warrant rejection or modification of the Magistrate Judge's findings.

Accordingly, Petitioner's Motion to Vacate, Set Aside, or Correct his sentence (doc. 47) is hereby **DENIED.**

SO ORDERED, this 4th day of April, 2006.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew